1   STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
2   HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
    203 Redwood Shores Parkway, Suite 480
3   Redwood Shores, California  94065
    Telephone:  (650) 637-9100
4   Facsimile:  (650) 637-8071

5   Attorney for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
6   (Erroneously sued as "State Farm Mutual Insurance Company")

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10   NANCY CLEWETT,               CASE NO.: C04 03311 JW
                               RELATED CASE: C-04-3022 JW
11            Plaintiff,

12     v.

13                                  **STIPULATION AND [PROPOSED]
                                 ORDER TO PARTIALLY REVISE THE
14   STATE FARM MUTUAL INSURANCE    COURT'S SCHEDULING ORDER**
    COMPANY; and DOES 1 through 20, inclusive,
15                                  ****MODIFIED BY THE COURT***
           Defendants.
16

17

18       On November 30, 2004, Judge Ware designated *Clewett v. State Farm*, Case No. C04 03311

19   JW and *Mezzetti v. State Farm*, Case No. C04-3022 JW related.  As such, they have identical

20   Scheduling Orders.  All parties, by and through their respective counsel, hereby stipulate to revise

21   certain deadlines in the Court's Scheduling Orders as follows:

22                                 **I.
                           RECITALS**

23       1.      The parties have been working diligently toward moving these related cases forward

24   in an efficient, expeditious manner.  The parties have participated in the Rule 26 conferences and

25   exchanged the information and documents required by Rule 26.  The parties have also exchanged

26   written discovery.

27       2.      The parties wish to litigate this matter in a cost effective manner and avoid

28   unnecessary expert retention expenses and attorneys fees and costs.  To that end, all of the parties in

16801                         -1-

1  both related matters have sought to avoid potentially unnecessary discovery and expert retention

2  pending exploration of settlement potential at the Early Neutral Evaluation conference to which the

3  parties stipulated as their ADR option.

4        3.    The Court has appointed George C. Fisher of Richey, Fisher, Whitman & Klein as

5  the ENE Evaluator for both matters.  On July 12, 2005, the parties participated in the pre-ENE

6  conference call with Mr. Fisher and due to trial calendars, vacation schedules and other conflicts of

7  the four attorneys who must attend, the earliest available date for the ENE conference is September

8  15, 2005.  Thus, the parties have scheduled the ENE conference for that date subject to Court

9  approval of this stipulation.

10        4.    The parties also recognize that the Court's determination of a dispositive motion

11  could either terminate this case or significantly narrow the issues relevant for trial and discovery.

12        5.    For these reasons, the parties have agreed to stipulate to certain revisions to the

13  Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery

14  that may not be necessary before either the completion of the ENE conference or the resolution of a

15  dispositive motion.

16        6.    The parties do not seek to continue any deadlines other than those deadlines

17  necessary to accommodate the cost effective preparation of this matter for trial.  The parties do not

18  seek to delay the trial date, the preliminary pretrial conference or the final pretrial conference or

19  deadlines thereto.

20        Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

21
## II.
### STIPULATION

22  The parties hereby stipulate to the following revisions to the court's Scheduling Order:

23

24  1.    Deadline for Conducting the ENE Conference:    September 30, 2005
    (currently August 19, 2005);

25  2.    Deadline for Hearing Pretrial Dispositive Motions:  November 7, 2005
26      (currently October 3, 2005);

27  3.    Disclosure of Expert Witnesses:    November 15, 2005
    (currently July 26, 2005);

28

4.   Rebuttal Expert Disclosure:

November 30, 2005
(currently August 5, 2005);

5.   Deadline to file a motion to exclude an
     expert or any portion of the expert's testimony:

December 12, 2005, 9:00am
(currently September 19, 2005);

6.   Close of Discovery, including experts:

December 30, 2005
(currently August 30, 2005);

7.   Deadline to file preliminary pretrial and trial
     conference statement:

January 30, 2005
(currently November 21, 2005);

8.   Preliminary Pretrial Conference:

February 20, 2006
(currently December 5, 2005).

9.   The nature and extent of the disclosures, motions, other submissions to the court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's original November 30, 2004 Scheduling Order.

Dated: 7/13, 2005

CLARK & CLARK

WILLIAM G. CLARK
JOHN C. CLARK
Attorneys for Plaintiff
NANCY CLEWETT

Dated: 7/13, 2005

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

1

**III.**
**ORDER**

2

3    Pursuant to the parties' stipulation, the Court's November 30, 2004 Scheduling Order is

4    hereby revised as follows:

5    1.    Deadline for Conducting ENE Conference:    September 30, 2005

6    2.    Deadline for Hearing Pretrial Dispositive Motions:    November ̶̶x̶x̶ 7th, 2005  @ 9am

7    3.    Disclosure of Expert Witnesses:    November 15, 2005

8    3.    Rebuttal Expert Disclosure:    November 30, 2005

9    4.    Deadline to file a motion to exclude an    December 12, 2005, 9:00am
     expert or any portion of the expert's testimony:
10

11   5.    Close of Discovery, including experts:    December 30, 2005

12   6.    Deadline to file preliminary pretrial and trial    January 30, 2006
     setting conference statement:
13

14   7.    Preliminary Pretrial Conference:    February ̶2̶8̶ 27, 2006  @11am

15   IT IS SO ORDERED:

16   Dated: <u>July 14</u>, 2005        <u>/s/ James Ware</u>
                                        HONORABLE JAMES WARE
17                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28