```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
    203 Redwood Shores Parkway, Suite 480
 3  Redwood Shores, California  94065
    Telephone:  (650) 637-9100
 4  Facsimile:  (650) 637-8071

 5  Attorney for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
 6  (Erroneously sued as "State Farm Mutual Insurance Company")

 7
                        UNITED STATES DISTRICT COURT
 8
                      NORTHERN DISTRICT OF CALIFORNIA
 9
10  NANCY CLEWETT,                    )  CASE NO.: C04 03311 JW
                                      )  RELATED CASE: C-04-3022 JW
11              Plaintiff,            )
                                      )
12         v.                         )
                                      )  STIPULATION AND [PROPOSED]
13                                    )  ORDER TO PARTIALLY REVISE THE
                                      )  COURT'S SCHEDULING ORDER
14  STATE FARM MUTUAL INSURANCE       )
    COMPANY; and DOES 1 through 20,   )
15  inclusive,                        )
                                      )
16              Defendants.           )
```

17

18    On November 30, 2004, Judge Ware designated *Clewett v. State Farm*, Case No. C04 03311

19  JW and *Mezzetti v. State Farm*, Case No. C04-3022 JW related. As such, they have identical

20  Scheduling Orders. All parties, by and through their respective counsel, hereby stipulate to revise

21  certain deadlines in the Court's Scheduling Orders as follows:

                                    **I.**
22                              **RECITALS**

23    1.    The parties have been working diligently toward moving these related cases forward

24  in an efficient, expeditious manner. The parties have participated in the Rule 26 conferences and

25  exchanged the information and documents required by Rule 26. The parties have also exchanged

26  written discovery.

27    2.    The Court has appointed George C. Fisher of Richey, Fisher, Whitman & Klein as

28  the ENE Evaluator for both matters. The ENE is scheduled for September 28, 2005.

3. The parties have agreed to extend the deadline for hearings on pre-trial dispositive motions by one week.

4. The parties recognize that the Court's determination of a dispositive motion could either terminate this case or significantly narrow the issues relevant for trial and discovery.

5. Continuing the hearing deadline on pre-trial dispositive motions also necessitates a brief continuance of other deadlines and the parties also stipulate to certain revisions to the Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery that may not be necessary following the resolution of a dispositive motion.

6. The parties do not seek to continue any deadlines other than those deadlines necessary to accommodate the cost effective preparation of this matter for trial. The parties do not seek to delay the trial date, which has not yet been scheduled, or continue the preliminary pretrial conference or the final pretrial conference or deadlines related thereto.

Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Deadline for Hearing Pretrial Dispositive Motions: | November 14, 2005 (currently November 7, 2005); |
| 2. | Disclosure of Expert Witnesses: | December 6, 2005 (currently November 15, 2005); |
| 3. | Rebuttal Expert Disclosure: | December 21, 2005 (currently November 30, 2005); |
| 4. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | January 2, 2006, 9:00am (currently December 12, 2005); |
| 5. | Close of Discovery, including experts: | January 20, 2006 (currently December 20, 2005); |
| 6. | Deadline to file preliminary pretrial and trial conference statement: | January 30, 2006 (remains the same); |
| 8. | Preliminary Pretrial Conference: | February 27, 2006 (remains the same). |

19878 -2-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER
CASE NOS. C04-03311 JW & CASE NO. C04-03022 JW

9. The nature and extent of the disclosures, motions, other submissions to the court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's July 14, 2005 Scheduling Order.

Dated: 9/26, 2005

CLARK & CLARK

By /s/ William G. Clark
WILLIAM G. CLARK
JOHN C. CLARK
Attorneys for Plaintiff
NANCY CLEWETT

Dated: 9/27, 2005

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By /s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## III.
## ORDER

Pursuant to the parties' stipulation, the Court's July 14, 2005 Scheduling Order is hereby revised as follows:

1. Deadline for Hearing Pretrial Dispositive Motions: November 14, 2005
3. Disclosure of Expert Witnesses: December 6, 2005
3. Rebuttal Expert Disclosure: December 21, 2005
4. Deadline to file a motion to exclude an expert or any portion of the expert's testimony: January 2, 2006, 9:00am
5. Close of Discovery, including experts: January 20, 2006
6. Deadline to file preliminary pretrial and trial setting conference statement: January 30, 2006
7. Preliminary Pretrial Conference: February 27, 2006

1 | IT IS SO ORDERED:

2 | Dated: 9/28_____, 2005

3 | HONORABLE _____
  | UNITED STATES _____ JUDGE

*[Signature of Judge James Ware with court seal: "IT IS SO ORDERED"]*

19878                                  -4-
STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER
CASE NOS. C04-03311 JW & CASE NO. C04-03022 JW