STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MEZZETTI, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 30, inclusive, <br><br> Defendants. | CASE NO. C04 03022 JW <br> RELATED CASE: C04 03311 JW <br><br> STIPULATION AND [PROPOSED] ORDER TO REVISE THE COURT'S SCHEDULING ORDER |

On November 30, 2004, Judge Ware designated *Clewett v. State Farm*, Case No. C04 03311 JW and *Mezzetti v. State Farm*, Case No. C04-3022 JW related. As such, they have identical Scheduling Orders. All parties, by and through their respective counsel, hereby stipulate to revise certain deadlines in the Court's Scheduling Orders as follows:

## I.
## RECITALS

1. The parties have been working diligently toward moving these related cases forward in an efficient, expeditious manner. The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26. The parties have also exchanged written discovery.

2. The parties attended an ENE before Court appointed ENE evaluator, George C. Fisher of Richey, Fisher, Whitman & Klein, for both matters on September 28, 2005. The case did

17230
-1-

not settle.

3. Defendant State Farm Mutual Automobile Insurance Company ("State Farm") filed its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment in the instant matter and in the related matter of *Clewett v. State Farm* on or about October 27, 2005. Hearing on the motions took place on November 14, 2005 and the Court took the matters under submission.

4. During the hearing on the Motion for Summary Judgment, the Court ordered the parties to participate in a Mandatory Settlement Conference before Magistrate Judge Howard R. Lloyd. The parties have scheduled the Mandatory Settlement Conference for December 19, 2005, which was the earliest mutually available date for all of the parties. The Court also invited the parties to explore a stipulation to modify the most recent scheduling order for this purposes and the parties have so agreed.

5. Depending on the outcome of the Mandatory Settlement Conference or the Motion for Summary Judgment, this case could either be terminated or the issues significantly narrowed for discovery and trial. Therefore, the parties stipulate to revise the Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery that may not be necessary following the outcome of the Mandatory Settlement Conference or the resolution of State Farm's Motion for Summary Judgment.

Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Mandatory Settlement Conference | December 19, 2005 (remains unchanged) |
| 2. | Disclosure of Expert Witnesses: | January 23, 2006 (currently December 6, 2005); |
| 3. | Rebuttal Expert Disclosure: | February 8, 2006 (currently December 21, 2005); |
| 4. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | February 22, 2006 (currently January 2, 2006); |

| | | | |
|---|---|---|---|
| 5. | Close of Discovery, including experts: | | March 8, 2006 (currently January 20, 2006); |
| 6. | Deadline to file preliminary pretrial and trial conference statement: | | March 20, 2006 (currently January 30, 2006); |
| 8. | Preliminary Pretrial Conference: | | April 17, 2006 @ 11:00am (currently February 27, 2006). |

Dated: 11/22, 2005

LAW OFFICES OF HOWARD G. FRANK

*/s/ Howard G. Frank*

HOWARD G. FRANK
Attorney for Plaintiff
SUSAN MEZZETTI

Dated: 11/22, 2005

MEZZETTI LAW FIRM, INC.

*/s/ Robert L. Mezzetti II*

ROBERT L. MEZZETTI II
Attorney for Plaintiff
SUSAN MEZZETTI

Dated: 11/22, 2005

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By */s/*

STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## III.
## ORDER

Pursuant to the parties' stipulation, the Court's September 28, 2005 Scheduling Order is hereby revised as follows:

| | | |
|---|---|---|
| 1. | Mandatory Settlement Conference: | December 19, 2005 |
| 3. | Disclosure of Expert Witnesses: | January 23, 2006 |

21626
-3-

| | | | |
|---|---|---|---|
| 3. | Rebuttal Expert Disclosure: | | February 8, 2006 |
| 4. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | | February 22, 2006 |
| 5. | Close of Discovery, including experts: | | March 8, 2006 |
| 6. | Deadline to file preliminary pretrial and trial setting conference statement: | | March 20, 2006 |
| 7. | Preliminary Pretrial Conference: | | April 17, 2006 @ 11:00am |

IT IS SO ORDERED:

Dated: Nov. 30, 2005

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

21626

-4-